(June 20, 2017)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANEUDY RODRIGUEZ, Appellant. [54 NYS3d 285]—

Judgment, Supreme Court, Bronx County (Shari R. Michels, J. at plea; Ethan Greenberg, J. at sentencing), rendered March 3, 2016, convicting defendant of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Defendant's waiver of indictment and his prosecution by superior court information were valid under CPL 195.10 (2) (b) because the proceedings took place in Supreme Court, not Criminal Court. Defendant waived indictment in a hybrid court, and the record establishes that the part was then operating in its capacity as a Supreme Court part, so that the transfer from Criminal to Supreme Court had occurred (*see People v Graves*, 136 AD3d 520 [1st Dept 2016], *lv denied* 27 NY3d 997 [2016]). Concur—Acosta, P.J., Richter, Feinman, Webber and Kahn, JJ.